PEARL O. M. GOLDBERG, Respondent, *v.* SIEGFRIED MAYER, Appellant.

(Argued March 10, 1936; decided April 14, 1936.)

*H. Russell Winokur* and *William Winokur* for appellant.
*Frederick E. Weinberg* and *Benedict A. Leerburger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.